438 A.2d 656

Wiegman, et ux. v. Northview Motors, Inc., Appellant.

Argued February 10, 1981. William D. Anthony, for appellants; Ronald D. Morelli, for appellee.

Before BROSKY, DiSALLE and SHERTZ, JJ.

Order affirmed.

November 6, 1981.

440 A.2d 1237

Broskoske, Appellants v. Pesotski, et al.

Argued March 30, 1981. Morton Gordon, for appellants; B. Todd Maguire, for appellees.

Before CERCONE, P. J., and HESTER and JOHNSON, JJ.

The order of September 24, 1980 is affirmed.